UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
STATE OF NEW YORK

DOCUMENTS SERVED WITH INDEX #: 08 Civ 4776 (SCR)

GREGORY YUNGA, et al.,

                                      Plaintiffs,

v.

JOSEPH SPIEZIO, individually, SCOTT FREDEEICKS, individually, and LAWRENCE KALKSTEIN, individually

                                      Defendants.

STATE OF: NEW YORK
COUNTY OF WESTCHESTER ss

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On 5/232/08 at 11:30 a.m.   deponent did serve the within process as follows:

Process Served: Summons, Complaint, Judge's Rules and Electronic filing rules

Party Served: JOSEPH SPIEZIO

At Location: 55 Main Street, Yonkers, New York

    By delivering to and leaving with Joseph Spiezio, and that deponent knew the person so served to be Joseph Spiezio and authorized to accept service.

                    A description of the person served, or spoken to is as follows:
                    Sex M                Age 35-50             Weight 250
                    Color of Skin WH     Height 6'1"          Color of Hair Bald

                                                      Robert Fouvy

Sworn to before me this
27 day of May, 2008

Notary Public

ANN B. FRANK
Notary Public, State of New York
No. 01FR5022348
Qualified in Westchester County
Commission Expires January 1_ _ _/0

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
STATE OF NEW YORK

DOCUMENTS SERVED WITH INDEX #: 08 Civ 4776 (SCR)

GREGORY YUNGA , et al.,

                        Plaintiffs,

v.

JOSEPH SPIEZIO, individually, SCOTT FREDEEICKS, individually, and LAWRENCE KALKSTEIN, individually

                        Defendants.

STATE OF: NEW YORK
COUNTY OF WESTCHESTER ss

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On 5/232/08 at 11:30 a.m.   deponent did serve the within process as follows:

Process Served: Summons, Complaint, Judge's Rules and Electronic filing rules

Party Served: SCOTT FREDERICKS

At Location: 55 Main Street, Yonkers, New York

    By delivering to and leaving with Joseph Spiezio, and that deponent knew the person so served to be Joseph Spiezio and authorized to accept service.

On May 23, 2008, deponent completed service by depositing a copy of the summons, complaint, judge's rules and electronic filing rules to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

        A description of the person served, or spoken to is as follows:
        Sex M         Age 35-50        Weight 250
        Color of Skin WH    Height 6'1"      Color of Hair Bald

                                                Robert Fouvy

Sworn to before me this
27 day of May, 2008

Notary Public

ANN B. FRANK
Notary Public, State of New York
No. 01FR5022348
Qualified in Westchester County
Commission Expires January

10

STATE OF NEW YORK          UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
DOCUMENTS SERVED WITH INDEX#:  08CIV.4776          AND FILED ON          5/22/2008

GREGORY YUNGA, ET AL                                                                Plaintiff(s)/Petitioner(s)

                                        Vs.

JOSEPH SPIEZIO, ET AL                                                               Defendant(s)/Respondent(s)

STATE OF: NEW YORK                                                  )
                                                                    ) SS
COUNTY OF WESTCHESTER                                               )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On  5/29/2008  at  2:28PM , deponent did serve the within process as follows:

Process Served:  SUMMONS, COMPLAINT AND ELECTRONIC FILING RULES
Party Served:    LAWRENCE KALKSTEIN                                 (herein called recipient)
At Location:     2144 ALBANY POST ROAD                              therein named.
                 MONTROSE NY

By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex    M        Color of Skin    WH        Color of Hair         BLK/GR
Age    40/45    Height    5'10"-6"         Weight                185/200
                Other Features                                    GLASSES

Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed HE was not.

Sworn to before me on    5/29/2008

_____                    _____
                                             Gary Williams
                                             Server's License#:

GAIL WILLIAMS
Notary Public, State of New York
No. _____
Qualified in _____ County
Commission _____ 2010