UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
STATE OF NEW YORK

DOCUMENTS SERVED WITH INDEX #: 08 Civ 4776 (SCR)


GREGORY YUNGA , et al.,

                              Plaintiffs,

    v.


JOSEPH SPIEZIO, individually, SCOTT FREDEEICKS, individually, and LAWRENCE KALKSTEIN, individually

                              Defendants.


STATE OF: NEW YORK
COUNTY OF WESTCHESTER ss


The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York .On 5/232/08 at 11:30 a.m.    deponent did serve the within process as follows:

Process Served: Summons, Complaint, Judge's Rules and Electronic filing rules

Party Served: JOSEPH SPIEZIO

At Location: 55 Main Street, Yonkers, New York

   By delivering to and leaving with Joseph Spiezio, and that deponent knew the person so served to be Joseph Spiezio and authorized to accept service.



              A description of the person served, or spoken to is as follows:
              Sex M                Age 35-50              Weight 250
              Color of Skin WH      Height 6'1"           Color of Hair  Bald


                                        _Robert Fouvy_ (signature)

                                        Robert Fouvy


Sworn to before me this
_27_ day of May, 2008

_(signature)_
Notary Public


      **ANN B. FRANK**
**Notary Public, State of New York**
        **No. 01FR5022348**
   **Qualified in Westchester County**
**Commission Expires January 1_ _ _ 10**

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
STATE OF NEW YORK

DOCUMENTS SERVED WITH INDEX #: 08 Civ 4776 (SCR)

GREGORY YUNGA , et al.,

                                    Plaintiffs,

     v.

JOSEPH SPIEZIO, individually, SCOTT FREDEEICKS, individually, and LAWRENCE KALKSTEIN, individually

                                    Defendants.

STATE OF: NEW YORK
COUNTY OF WESTCHESTER ss

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York .On 5/232/08 at 11:30 a.m.    deponent did serve the within process as follows:

Process Served: Summons, Complaint, Judge's Rules and Electronic filing rules

Party Served: SCOTT FREDERICKS

At Location: 55 Main Street, Yonkers, New York

   By delivering to and leaving with Joseph Spiezio, and that deponent knew the person so served to be Joseph Spiezio and authorized to accept service.

On May 23, 2008, deponent completed service by depositing a copy of the summons, complaint, judge's rules and electronic filing rules to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

          A description of the person served, or spoken to is as follows:
          Sex M              Age 35-50              Weight 250
          Color of Skin WH    Height 6'1"           Color of Hair  Bald


                                        Robert Fouvy

Sworn to before me this
27   day of May, 2008

Notary Public

ANN B. FRANK
Notary Public, State of New York
No. 01FR5022348
Qualified in Westchester County
Commission Expires January        10

STATE OF  NEW YORK                    UNITED STATES DISTRICT COURT SOUTHERN DISTRICT

DOCUMENTS SERVED WITH INDEX#:  08CIV.4776          AND FILED ON          5/22/2008

---

GREGORY YUNGA, ET AL                                                    Plaintiff(s)/Petitioner(s)

                                        Vs.

JOSEPH SPIEZIO, ET AL                                                   Defendant(s)/Respondent(s)

---

STATE OF:  NEW YORK                                          )
                                                            )      SS
COUNTY OF WESTCHESTER                                        )

The undersigned deponent, being duly sworn deposes and says:  Deponent is not a party herein, is over 18 years of age and resides in the State of New York . On_____5/29/2008_____ at _____2:28PM_____ , deponent did serve the within process as follows:

Process Served:        SUMMONS,COMPLAINT AND ELECTRONIC FILING RULES

Party Served:          LAWRENCE KALKSTEIN                                    (herein called
recipient)
                                                                            therein  named.
At Location:           2144 ALBANY POST ROAD

                       MONTROSE NY

                       By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

                       A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex    _M_    Color of Skin    _WH_    Color of Hair         _BLK/GR_

Age    _40/45_    Height    _5'10"-6"_    Weight    _185/200_

       Other Features                            _GLASSES_

                       Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed   HE was not.

Sworn to before me on _____5/29/2008_____

_Gay Williams_                              _Gary Williams_
                                                    Server's License#:

GAIL WILLIAMS
Notary Public, State of New York
No. 4017730
Qualified in Westchester County
Commission Expires      _2010_