UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
GREGORY YUNGA, ANTONIO CHOGLLO,
EDGAR MARCELO RODRIGUEZ,
ANTONIO GUAMAN, OSWALDO MEJIA,      :     08 Civ. 04776 (SCR)
JOSE CHOGLLO, OSWALDO E. ORGEGA,
OSCAR SORTO, FREDDY DELGADO,
JAKSSON RAMON, WILLIAM MEJIA,
JORGE R. LUDIZACA, RICHARD MEJIA,
TITO HERNANDEZ GOMEZ, FERNANDO
MAINATO, ALBERTO EDUARDO VALENCIA
VEGA, DANIEL SANDOVAL, SEGUNDO
PALCHISPACA, and GENARO W. ORTEGA,  :     **NOTICE OF APPEARANCE**

       Plaintiffs,

    -against-

JOSEPH F. SPIEZIO, individually, SCOTT
FREDERICKS, individually, and LAWRENCE
KALKSTEIN, individually,

       Defendants.
------------------------------------------------------------X

  PLEASE TAKE NOTICE that Snitow Kanfer Holtzer & Millus, LLP hereby appears on behalf of defendants Joseph F. Spiezio, III, Scott Fredericks and Lawrence Kalkstein and requests that all papers be served at the office address set forth below.

Dated: June 3, 2008

            SNITOW KANFER
            HOLTZER & MILLUS, LLP

       By: _____
            Paul F. Millus (PM-8240)
            Kenneth A. Kanfer (KK-7015)
            Virginia K. Trunkes (VT-8642)
            575 Lexington Avenue, 14th Floor
            New York, New York 10022
            (212) 317-8500
            *Attorneys for Defendants Joseph F. Spiezio, III, Scott Fredericks and Lawrence Kalkstein*

TO: Jonathan Lovett, ESQ.
   LOVETT & GOULD, LLP
   322 Bloomingdale Road
   White Plains, New York 10605
   (914) 428-8401
   *Attorneys for Plaintiffs*

M:\CLIENT\3107\04\Notice of Appearance Yunga v. Spiezio.wpd

# CERTIFICATE OF SERVICE

      KENNETH A. KANFER hereby certifies that on June 4, 2008 deponent caused a true copy of the within Notice of Appearance to be served on the following:

> Jonathan Lovett, Esq.
> Lovett & Gould, LLP
> 322 Bloomingdale Road
> White Plains, New York 10605

                                                                 KENNETH A. KANFER

M:\CLIENT\3107\04\Notice of Appearance Yunga v. Spiezio.wpd