UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
GREGORY YUNGA, ANTONIO CHOGLLO, EDGAR
MARCELO RODRIGUEZ, ANTONIO GUAMAN,
OSWALDO MEJIA, JOSE CHOGLLO, OSWALDO E.
ORGEGA, OSCAR SORTO, FREDDY DELGADO,                    8 Civ. 4776  (SCR)
JAKSSON RAMON, WILLIAM MEJIA, JORGE
R. LUDIZACA, RICHARD MEJIA, TITO
HERNANDEZ GOMEZ, FERNANDO MAINATO,                     **NOTICE OF**
ALBERTO EDUARDO VALENCIA VEGA, DANIEL                  **APPEARANCE**
SANDOVAL, SEGUNDO PALCHISPACA,
and GENARO W. ORTEGA,

                                    Plaintiffs,

            -against-

JOSEPH SPIEZIO, individually, SCOTT FREDERICKS,
individually, and LAWRENCE KALKSTEIN, individually,

                                    Defendants.
------------------------------------------------------------------x


        **PLEASE TAKE NOTICE** that Smith Buss & Jacobs, LLP hereby appears as co-counsel in

this matter on behalf of Defendants Joseph F. Spiezio, III, Scott Fredericks and Lawrence Kalkstein

and requests that all papers be served upon them at the office address set forth below.


Dated:  June 9, 2008

                                    **Jeffrey D. Buss, Esq.**
                                    Smith Buss & Jacobs, LLP
                                    Co-Counsel for Defendants, Joseph Spiezio,
                                     Scott Fredericks and Lawrence Kalkstein
                                    733 Yonkers Avenue, Suite 200
                                    Yonkers, NY  10704
                                    (914) 476-0600

To:     Jonathan Lovett, Esq.
        Lovett & Gould, LLP
        322 Bloomingdale Road
        White Plains, New York   10605