Robinson, J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
GREGORY YUNGA, ANTONIO CHOGLLO, EDGAR
MARCELO RODRIGUEZ, ANTONIO GUAMAN,
OSWALDO MEJIA, JOSE CHOGLLO, OSWALDO E.
ORGEGA, OSCAR SORTO, FREDDY DELGADO,      08 Civ. 4776 (SCR)
JAKSSON RAMON, WILLIAM MEJIA, JORGE
R. LUDIZACA, RICHARD MEJIA, TITO           SO ORDERED
HERNANDEZ GOMEZ, FERNANDO MAINATO,         STIPULATION
ALBERTO EDUARDO VALENCIA VEGA, DANIEL      EXTENDING
SANDOVAL, SEGUNDO PALCHISPACA,             DEFENDANTS'
and GENARO W. ORTEGA,                      TIME TO ANSWER
                          Plaintiffs,

         -against-

JOSEPH SPIEZIO, individually, SCOTT FREDERICKS,
individually, and LAWRENCE KALKSTEIN, individually,

                          Defendants.
-------------------------------------------------------------x

IT IS HEREBY STIPULATED AND AGREED by and between Jonathan Lovett, Esq. of Lovett & Gould, LLP, attorneys for Plaintiffs, and Jeffrey D. Buss, Esq. of Smith, Buss & Jacobs, LLP, co-counsel for Defendants JOSEPH SPEIZIO, SCOTT FREDERICKS, and LAWRENCE KALKSTEIN, that the time for said Defendants to answer or move, is hereby extended up to and including the 16th day of July, 2008.

Dated: June 9, 2008

Jonathan Lovett, Esq.
Lovett & Gould, LLP
Attorneys for Plaintiff
222 Bloomingdale Road
White Plains, NY 10605
(914) 428-8401

Jeffrey D. Buss, Esq.
Smith Buss & Jacobs, LLP
Attorneys for Defendants, Joseph Spiezio,
Scott Fredericks and Lawrence Kalkstein
733 Yonkers Avenue, Suite 200
Yonkers, NY 10704
(914) 476-0600

SO ORDERED:

Hon. Stephen C. Robinson
U.S.D.J.

DATED: June 20, 2008

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____